# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00558-CV

**Susan Morrison, On Behalf of Her Family, and as Taxpayers & Aggrieved Parties in the Mountain View Neighborhood, Appellant**

**v.**

**City of Llano By and Through Its City Council Acting As the Board of Adjustment; and By and Through Its City Manager, Finley de Graffenried, in Their Official Capacities; and Aldermen Mike Reagor & Edward Stefan, et al., Appellees**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT NO. 16,055, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant and appellees have filed a joint motion to dismiss this appeal pursuant to their settlement agreement. We grant the joint motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Joint Motion

Filed: April 2, 2009